UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| STATE OF TENNESSEE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 4:09-cv-66 |
| ) | |
| LAWRENCE E. RALPH, ) | Judge Mattice |
| ) | |
| *Defendant*. ) | |

## **ORDER**

United States Magistrate Susan K. Lee filed her Report and Recommendation [Court Doc. 3] pursuant to 28 U.S.C. § 1446(c)(4) and Federal Rule of Civil Procedure 72(b). Plaintiff has filed timely objections [Court Doc. 4].

The Court has reviewed *de novo* those portion of Magistrate Judge Lee's Report and Recommendation to which an objection has been made. Fed. R. Civ. Proc. 72(b). The Court finds no error of law or fact in Magistrate Judge Lee's Report and Recommendation. Thus, the Court finds that further analysis of Plaintiff's arguments is unwarranted in light of Magistrate Judge Lee's well-reasoned and well-supported Report and Recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 1446(c)(4) and Rule 72(b). Plaintiff's objections [Court Doc. 4] are **OVERRULED**. The instant case shall be **REMANDED** to the Circuit Court of Warren County, Tennessee.

The Clerk is directed to close this case file.

SO ORDERED this 14th day of January, 2010.

                                              */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE